UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE TUMELE,

                Plaintiff,                No. 06-CV-10605-DT

vs.                                        Hon. Gerald E. Rosen

ROBERT SCOTT FACILITY, et al.,

                Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION AND
GRANTING DEFENDANT MONDAY'S MOTION FOR SUMMARY JUDGMENT

                At a session of said Court, held in
                the U.S. Courthouse, Detroit, Michigan
                on        April 8, 2009

                PRESENT:  Honorable Gerald E. Rosen
                                   Chief Judge, United States District Court

      This matter having come before the Court on the March 19, 2009 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendant Darrell Monday's Motion to Dismiss or for Summary Judgment; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendant' Monday's motion for summary judgment should be granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 19, 2009 **[Dkt. # 106]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Monday's Motion for Summary Judgment **[Dkt. # 100]** is granted.  Accordingly,

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Monday are hereby dismissed, with prejudice.

                          s/Gerald E. Rosen
                          Chief  Judge, United States District Court

Dated:  April 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 8, 2009, by electronic and/or ordinary mail.

                          s/Ruth A. Brissaud
                          Case Manager