UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE TUMELE,

        Plaintiff,                         No. 06-CV-10605-DT

vs.                                               Hon. Gerald E. Rosen

ROBERT SCOTT FACILITY, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DISMISSING PLAINTIFF'S COMPLAINT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on        February 18, 2010

        PRESENT:   Honorable Gerald E. Rosen
                               Chief Judge, United States District Court

        This Section 1983 prisoner civil rights matter having come before the Court on the January 27, 2010 Report and Recommendation of United States Magistrate Judge Mona K. Majzoub recommending that the Court grant Defendants Sawhney, Yaqoob and Singhal's motion for summary judgment[1] and that Plaintiff's Complaint be dismissed in its entirety, with prejudice; and Plaintiff having timely filed objections to the Magistrate Judge's Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's entire file of this action, and having

---

[1] Defendants Sawhney, Yaqoob and Singhal are the only remaining defendants in this action. All claims against all of the other defendants have been dismissed.

concluded that, for the reasons stated in the Report and Recommendation, Defendants' motion should be granted and this case should, accordingly be dismissed in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Corrected Report and Recommendation of January 27, 2010 [**Dkt. # 127**][2] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment [**Dkt. # 115**] be, and hereby is, GRANTED. Accordingly,

IT IS FURTHER ORDERED that Plaintiff's Complaint be, and hereby is, DISMISSED in its entirety with prejudice.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: February 18, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 18, 2010, by electronic mail and to Denise Tumele, #272052, Huron Valley Center, 3511 Bemis Road, Ypsilanti, MI 48197 by ordinary mail.

s/Ruth Brissaud
Case Manager

---

[2] The Magistrate Judge's original R&R **[Dkt. # 126]**, entered earlier the same day, January 27, 2010, was superseded by the later filed Corrected R&R.